In the Matter of the Claim of ANNA GRAFFE, Respond-
ent, against ART COLOR PRINTING COMPANY et al.,
Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — absence of direct evidence as to cause of
accident.*

*Graffe* v. *Art Color Printing Co.*, 191 App. Div. 669, affirmed.
(Argued October 4, 1920; decided October 19, 1920.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial depart-
ment, entered May 17, 1920, *unanimously* affirming an
award of the state industrial commission made under the
Workmen's Compensation Law.   Claimant's husband, an
employee of defendant printing company, was found lying
on his back on the concrete floor unconscious.   He was
taken to the hospital and died in a few hours.   There was
evidence that his skull was fractured.   There was no
direct evidence to how the accident happened, but there
was evidence of conditions, such as absence of light,
grease on the floor, obstructions and noxious odors and
gases which might have caused the decedent to fall.
The Appellate Division held that such evidence was
sufficient to sustain the award.

*William H. Foster* and *James B. Henney* for appellants.
*Charles D. Newton, Attorney-General* (*E. C. Aiken* of
counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO,
MCLAUGHLIN, CRANE and ANDREWS, JJ.